IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Matthew Hall, | ) | |
| | ) | Case No. 2:19-cv-02275-CSB-EIL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Champaign County Sheriff's Office, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Motion for a Dismissal Pursuant to Rule 41**

Plaintiff Matthew Hall, through his counsel, respectfully moves this Court for a voluntary dismissal of this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41. In support, Plaintiff states:

1. Plaintiff initiated this action on October 16, 2019. *Docket No. 1*.
2. Defendants County of Champaign and Chad Beasley have filed a motion to dismiss. *Docket No. 20*.
3. Defendants have also provided Plaintiff's counsel with previously unseen video of the incident giving rise to this litigation.
4. It is Plaintiff's position that the pending motion to dismiss and video evidence are not dispositive of his claims against Defendant Beasley.
5. However, at this time, Plaintiff respectfully requests the Court enter an order dismissing this matter without prejudice, with leave to re-file within one year.
6. Plaintiff's counsel has conferred with Defendants' counsel, who has no objection to this request. The parties agree that should Plaintiff re-file this matter within one year, Defendants can then re-file their pending motion to dismiss.

WHEREFORE, Plaintiff requests the Court enter an order dismissing this matter without prejudice pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted,
*/s/ Shawn W. Barnett*
Attorney No. 6312312

HALE & MONICO, LLC
53 West Jackson, Suite 337
Chicago, IL 60604
(312) 870-6905

**Certificate of Service**

I, the undersigned attorney, certify that I filed the foregoing using the Court's electronic filing system. As a result, copies of the filing were electronically served upon all counsel of record.

*/s/ Shawn W. Barnett*